# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

CITY OF PITTSBURGH,                               : No. 293 WAL 2018
                                                  :
                              Respondent          :
                                                  :
                                                  : Petition for Allowance of Appeal from
                                                  : the Order of the Commonwealth Court
                              v.                  :
                                                  :
                                                  :
FRATERNAL ORDER OF POLICE, FORT                   :
PITT LODGE NO. 1,                                 :
                                                  :
                              Petitioner          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of January, 2019, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

> Did the Commonwealth Court ignore this Supreme Court's existing mandate to defer to a grievance arbitrator's straightforward interpretation of contract language by mislabeling her award the construction of an equitable result, thereby weakening the general assembly's intent for Act 111 awards to create a final and binding resolution of contract disputes?